IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

FILED

AUG 05 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA
BY _____, DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| -vs- | ) ) ) | No. CR 25-293 J |
| JOSE DAVID MELGAR-RIVAS, | ) ) | Violations: 18 U.S.C. § 111(a)(1) <br> 18 U.S.C. § 111(b) |
| Defendant. | ) | |

**INDICTMENT**

The Federal Grand Jury charges:

**COUNT 1**
(Assaulting, Resisting, or Impeding a Federal Officer Resulting in Bodily Injury)

On or about July 15, 2025, in the Western District of Oklahoma,

---------------------------------- **JOSE DAVID MELGAR-RIVAS** ----------------------------

forcibly assaulted, resisted, opposed, impeded, and interfered with G.H., an officer and employee of the Department of Homeland Security, an agency of a branch of the United States government, as designated in Title 18, United States Code, Section 1114, while G.H. was engaged in the performance of G.H.'s official duties, resulting in bodily injury to G.H.

All in violation of Title 18, United States Code, Sections 111(a)(1) and (b).

A TRUE BILL:

*[signature]*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

*[signature]*

TIFFANY EDGMON
Assistant United States Attorney