## AFFIDAVIT OF JOSE DAVID MELGAR-RIVAS, RESPONDENT

I, Jose David Melgar-Rivas, being of lawful age, hereby state under oath, the following:

1. I am a citizen of Honduras. My family and I were detained following our entry into the United States without inspection. Following a credible fear interview, the officer found that the fear I expressed for leaving my country was credible. He informed me that my family and I would be released and that we would have an opportunity to apply for asylum before the Immigration Judge.

2. Following my release, I was living in Miami, Florida, because some friends agreed to assist my family and me with accommodation and help finding a job. I decided to move to Virginia to live with my first cousin who offered to help and was living there. I mailed a blue change of address to the court with my new address in Virginia.

3. Also, before relocating, I was reporting to ICE every month as required. I informed my supervising officer of my plans and he approved it. He changed my address in the computer system and set up my reporting dates and times with ICE in Merrifield, Virginia. I am continuing to report as required.

4. I state and swear under oath by this sworn affidavit, that I did not receive the court's notice informing me that my family and I had a hearing before this honorable court on January 31, 2019. I knew the Government was closed, and was checking the court line every day to find out when my court date was. The court line said my case was not in the system, and a court date had not been set. This was the same response on January 30, 2019, when I called.

Also, my friends whom I trust, informed me that they had not received any mail from the Immigration Court in Miami, Florida, because they were also aware of its importance for me and my family.

MEL_000119

5. I am providing this sworn affidavit, to request that my removal order be re-opened by this honorable Court, so that I may apply for asylum in the United States.

February 14, 2019

*Jose Melgar Rivas*
Jose David Melgar-Rivas

\*\*\*\*\*\*\*\*\*\*\*

The above-mentioned individual appeared before me, and acknowledged the same under oath to me.

Roxanne J. Guerra, Notary Public

Roxana Janeth Guerra
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 350334
My Commission Expires May 31, 2020