# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| -vs- | ) | No. CR-25-293-J |
| | ) | |
| **JOSE DAVID MELGAR-RIVAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF CONVENTIONAL FILING

Please take notice that the United States of America has conventionally filed the original and one copy of the following document, paper, or other material:

Exhibit 7 of United States' Sentencing Memorandum.

This document, paper, or other material has not been filed electronically because:

☒ it cannot be converted to electronic format

☐ the electronic file size of this material exceeds 20 megabytes in pdf format and cannot be separated into segments of less than 20 megabytes

☐ the Court by Order has excused electronic filing

☐ it is exempt from electronic filing pursuant to § II.A.1 of the ECF Policy & Procedures Manual

The document, paper, or other material has been conventionally served on all parties.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

s/ TIFFANY EDGMON
Assistant U.S. Attorney
Oklahoma Bar Number: 32843
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
Office: (405) 553-8700
Fax: (405) 553-8888
Tiffany.Edgmon@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants: Cesar A. Armenta

s/TIFFANY EDGMON
Assistant U.S. Attorney